B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Aransiola, Elizabeth M** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **0540** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**811 Bishop Ct**<br>**Schaumburg, IL**<br><br>ZIPCODE **60194-2201** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIPCODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br><hr>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☑ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9       Recognition of a Foreign<br>☐ Chapter 11      Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>                       Nonmain Proceeding<br><hr>**Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer  ☐ Debts are primarily debts, defined in 11 U.S.C.   business debts.<br>§ 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information** | **THIS SPACE IS FOR COURT USE ONLY**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                                      Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Aransiola, Elizabeth M** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X ___*/s/ Derek Lofland*_____ 8/15/08<br>    Signature of Attorney for Debtor(s)          Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>    ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br>    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord or lessor that obtained judgment)<br><br>_____<br>(Address of landlord or lessor)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Aransiola, Elizabeth M** |

<div align="center">

**Signatures**

</div>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br><br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**X** */s/ Elizabeth M Aransiola*                      **Elizabeth M Aransiola**

Signature of Debtor

**X**

Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**August 15, 2008**

Date

**X** _____

Signature of Foreign Representative

_____

Printed Name of Foreign Representative

_____

Date

| **Signature of Attorney*** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**X** */s/ Derek Lofland*

Signature of Attorney for Debtor(s)

**Derek Lofland 6280490**

Printed Name of Attorney for Debtor(s)

**Gleason & Gleason**

Firm Name

**77 W Washington, Ste 1218**

Address

**Chicago, IL  60602**

**(312) 578-9530**

Telephone Number

**August 15, 2008**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____

Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____

Address

**X** _____

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____

Date

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____

Signature of Authorized Individual

_____

Printed Name of Authorized Individual

_____

Title of Authorized Individual

_____

Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**UNITED STATES BANKRUPTCY COURT**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

---

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

---

**1. Services Available from Credit Counseling Agencies**

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

**2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7**: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13**: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in instalments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them,

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Printed Name and title, if any, of Bankruptcy Petition Preparer
Address:

Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person, or partner of the bankruptcy petition preparer.)
(Required by 11 U.S.C. § 110.)

**X** _____

Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

**Aransiola, Elizabeth M** _____

Printed Name(s) of Debtor(s)

**X** */s/ Elizabeth M Aransiola*          **8/15/2008**

Signature of Debtor                                Date

Case No. (if known) _____

**X** _____

Signature of Joint Debtor (if any)              Date

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 1, Exhibit D (10/06)

### United States Bankruptcy Court
### Northern District of Illinois

IN RE:                                                                    Case No. _____

_____
**Aransiola, Elizabeth M**                                               Chapter **7** _____
_____
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*



**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.


Signature of Debtor: **/s/ Elizabeth M Aransiola** _____

Date: **August 15, 2008** _____

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                                            Case No. _____

Aransiola, Elizabeth M                                                                Chapter **7** _____
_____
                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 2 | $    195,000.00 | | |
| B - Personal Property | Yes | 3 | $    11,950.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $    202,535.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $    0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $    21,305.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $    2,881.48 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $    2,878.00 |
| | TOTAL | 15 | $    206,950.00 | $    223,840.00 | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                              Case No. _____

Aransiola, Elizabeth M                                                      Chapter **7** _____
_____
                    Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | **0.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 2,881.48 |
| Average Expenses (from Schedule J, Line 18) | $ | 2,878.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 3,339.43 |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | 7,412.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | 0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | 0.00 |
| 4. Total from Schedule F | | | $ | 21,305.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | 28,717.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **Aransiola, Elizabeth M**

_____

Debtor(s)                                          Case No. _____

(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Residence at:**<br>**811 Bishop Ct**<br>**Schaumburg, IL  60194-2201** | | J | **195,000.00** | **184,603.00** |
| | | **TOTAL** | **195,000.00** | |

(Report also on Summary of Schedules)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Aransiola, Elizabeth M** _____   Case No. _____

Debtor(s)

## SCHEDULE A - REAL PROPERTY
### Continuation Sheet - Page 1 of 1

---

Property Report                                                    Page 1 of 1



_cyber_**homes** _Find the right neighborhood. Find the right home._

My Home
### 811 Bishop Ct, Schaumburg, IL 60194-2201

Estimate:
**$157,113**
Change over last month:
**~$13,266**

Estimate range: **$141,402 - $180,680**
Last Updated: **7/24/2008**

Home facts
Bedrooms:            —
Bathrooms:           **1**
Living Area:         **1,027 Sq ft**
Lot Size:            **3,150 Sq ft**
Type:                **Condo/Co-op**
Parcel Number:       **07-17-103-046**
County:              **COOK**
Year Built:          **1971**
Total Rooms:         —
Heating:             —
Cooling:             **Central**
Number of Stories:   —
Legal Description:   —

Sales History

| | Sale Date | Sale Amount | Price per Living Area |
|---|---|---|---|
| | 10/8/2003 | $150,500 | $146.54 |

Assessed Values

| Year | Improve-ments | Land | Total |
|---|---|---|---|
| 2005 | $9,316 | $5,544 | $14,860 |

Estimated Home Value

■ This House

$232k
$205k
$179k
$152k
$126k

O N D J F M A M J J A
2007            2008

View this property at: http://www.cyberhomes.com/propertydetails.aspx?propid=13872736 (Report created on: 8/15/2008)

Copyright © 2008 Fidelity National Financial.
Cyberhomes and Cyberhomes.com are trademarks of FNRES Holdings, Inc. All Rights Reserved.

None of the Cyberhomes™ valuations provided via this site are an appraisal report of the market value of the subject property prepared by a licensed professional appraiser. The valuation has been generated by use of proprietary computer software which assembles publicly available property records and certain proprietary data to arrive at an approximate estimate of home valuation. The Cyberhomes valuations have not been prepared, evaluated or reviewed by a licensed professional appraiser.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Aransiola, Elizabeth M**

Debtor(s)                                                    Case No. _____

(If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking**<br>**Savings** | | 40.00<br>90.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Normal and necessary household goods, including but not limited to: TV, chairs, sofas, tables, bedroom furniture, some kitchen appliances, costume jewelry less than $500 each piece** | | 900.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | | 200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401K** | | 200.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) -- Cont.

IN RE **Aransiola, Elizabeth M**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **05 Chevy Truck** | | **10,520.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) -- Cont.

IN RE **Aransiola, Elizabeth M**

_____
Debtor(s)                    Case No. _____
                                         (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **11,950.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____  **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (12/07)

IN RE **Aransiola, Elizabeth M**                                              Case No. _____
                                   Debtor(s)                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:              ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| Residence at:<br> 811 Bishop Ct<br> Schaumburg, IL  60194-2201 | **735 ILCS 5 §12-901** | 15,000.00 | 195,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Checking | **735 ILCS 5 §12-1001(b)** | 40.00 | 40.00 |
| Savings | **735 ILCS 5 §12-1001(b)** | 90.00 | 90.00 |
| Normal and necessary household goods, including but not limited to: TV, chairs, sofas, tables, bedroom furniture, some kitchen appliances, costume jewelry less than $500 each piece | **735 ILCS 5 §12-1001(b)** | 900.00 | 900.00 |
| 401K | **735 ILCS 5 §12-1006(a)** | 200.00 | 200.00 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Aransiola, Elizabeth M** _____    Case No. _____
             Debtor(s)                                                      (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1097270000000001** <br><br>**Amr Eagle Bk** <br>**556 Randall Rd** <br>**South Elgin, IL  60177-3315** | | | **Installment account opened 1/06** <br><br><br> VALUE $ **10,520.00** | | | | **17,932.00** | **7,412.00** |
| ACCOUNT NO. **7591044893699** <br><br>**Home Loan Services Inc** <br>**6750 Miller Rd** <br>**Brecksville, OH  44141-3262** | | | **Mortgage account opened 6/07** <br><br><br> VALUE $ **195,000.00** | | | | **184,603.00** | |
| ACCOUNT NO. <br><br><br> | | | <br><br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | <br><br><br> VALUE $ | | | | | |

_____**0** continuation sheets attached

|  | Subtotal <br>(Total of this page) | $ **202,535.00** | $ **7,412.00** |
|---|---|---|---|
|  | Total <br>(Use only on last page) | $ **202,535.00** | $ **7,412.00** |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE **Aransiola, Elizabeth M**                                              Case No. _____
_____
Debtor(s)                                                                      (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Aransiola, Elizabeth M**
_____
Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. _(See Instructions Above.)_ | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **542418088921** <br><br>**Citibank**<br>**PO Box 20507**<br>**Kansas City, MO  64195-0507** | | | **Revolving account opened 7/04** | | | | **3,148.00** |
| ACCOUNT NO. **517299754914** <br><br>**Dependon Collection Se**<br>**PO Box 4833**<br>**Oak Brook, IL  60522-4833** | | | **Open account opened 8/06** | | | | **341.00** |
| ACCOUNT NO. <br><br>**St Alexius Emergency Mea - Aea** | | | **Assignee or other notification for:**<br>**Dependon Collection Se** | | | | |
| ACCOUNT NO. **517299712738** <br><br>**Dependon Collection Se**<br>**PO Box 4833**<br>**Oak Brook, IL  60522-4833** | | | **Open account opened 3/06** | | | | **240.00** |

**2** continuation sheets attached

Subtotal
(Total of this page) $ **3,729.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Aransiola, Elizabeth M**                                    Case No. _____
_____
Debtor(s)                                                              (If known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**St Alexius Emergency Mea - Aea** | | | Assignee or other notification for:<br>**Dependon Collection Se** | | | | |
| ACCOUNT NO. **ACAEL000**<br>**Dr. Prafulla Koneru, MD**<br>**1575 Barrington Rd**<br>**Schaumburg, IL  60169-1057** | | | **Medical or Dental Services** | | | | 1,900.00 |
| ACCOUNT NO.<br>**Malcom S Gerald And Associates, Inc.**<br>**332 S Michigan Ave Ste 600**<br>**Chicago, IL  60604-4434** | | | Assignee or other notification for:<br>**Dr. Prafulla Koneru, MD** | | | | |
| ACCOUNT NO. **249209**<br>**Jc Penney**<br>**PO Box 103106**<br>**Roswell, GA  30076-9106** | | | **Revolving account opened 4/07** | | | | 822.00 |
| ACCOUNT NO. **8251**<br>**Monogram Bank N America**<br>**PO Box 26012**<br>**Greensboro, NC  27420-6012** | | | **Revolving account opened 11/05** | | | | 7,920.00 |
| ACCOUNT NO. **31609196**<br>**Nco Financial Svcs**<br>**507 Prudential Rd**<br>**Horsham, PA  19044-2308** | | | **Open account opened 10/07** | | | | 395.00 |
| ACCOUNT NO.<br>**Ipc The Hospitalists** | | | Assignee or other notification for:<br>**Nco Financial Svcs** | | | | |

Sheet no. ___**1**___ of ___**2**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,037.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE Aransiola, Elizabeth M

Debtor(s)

Case No. _____
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **504994013614**<br>**Sears/cbsd**<br>**PO Box 20363**<br>**Kansas City, MO 64195-0363** | | | **Revolving account opened 5/04** | | | | **890.00** |
| ACCOUNT NO. **504994013614**<br>**Sears/cbsd**<br>**PO Box 20363**<br>**Kansas City, MO 64195-0363** | | | **Revolving account opened 5/04** | | | | **501.00** |
| ACCOUNT NO. **F00014108005**<br>**St Alexius Medical Center**<br>**1614 W Central Rd**<br>**Arlington Heights, IL 60005-2490** | | | **Medical or Dental Services** | | | | **775.00** |
| ACCOUNT NO. **407110001769**<br>**Wf Fin Bank**<br>**1 Home Campus**<br>**Des Moines, IA 50328-0001** | | | **Revolving account opened 8/06** | | | | **4,373.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,539.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **21,305.00**

B6G (Official Form 6G) (12/07)

IN RE __Aransiola, Elizabeth M__ _____    Case No. _____
                          Debtor(s)                                                (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **Aransiola, Elizabeth M**
_____        Case No. _____
                    Debtor(s)                                                        (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6I (Official Form 6I) (12/07)

IN RE **Aransiola, Elizabeth M** _____  Case No. _____
                          Debtor(s)                                              (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): | AGE(S):<br>**21<br>19<br>16<br>2** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Social Worker** | **Cab Driver** |
| Name of Employer | **Glenkirk And Little** | **American Taxi Dispatch** |
| How long employed | **5 years** | **1 years** |
| Address of Employer | | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ **2,314.43** | $ **1,025.00** |
| 2. Estimated monthly overtime | $ | $ |
| **3. SUBTOTAL** | $ **2,314.43** | $ **1,025.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|   a. Payroll taxes and Social Security | $ **457.95** | $ |
|   b. Insurance | $ | $ |
|   c. Union dues | $ | $ |
|   d. Other (specify) _____ | $ | $ |
| | $ | $ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ **457.95** | $ **0.00** |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ **1,856.48** | $ **1,025.00** |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| 8. Income from real property | $ | $ |
| 9. Interest and dividends | $ | $ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| 11. Social Security or other government assistance<br>  (Specify) _____ | $ | $ |
| | $ | $ |
| 12. Pension or retirement income | $ | $ |
| 13. Other monthly income<br>  (Specify) _____ | $ | $ |
| | $ | $ |
| | $ | $ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ | $ |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ **1,856.48** | $ **1,025.00** |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)    $ **2,881.48**

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE <u>Aransiola, Elizabeth M</u>                                                    Case No. _____
                     Debtor(s)                                                                                      (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,424.00 |
|    a. Are real estate taxes included?    Yes ____    No ✓ | |
|    b. Is property insurance included?    Yes ____    No ✓ | |
| 2. Utilities: | |
|    a. Electricity and heating fuel | $ 140.00 |
|    b. Water and sewer | $ 30.00 |
|    c. Telephone | $ 35.00 |
|    d. Other _____ | $ |
|    _____ | $ |
| 3. Home maintenance (repairs and upkeep) | $ |
| 4. Food | $ 300.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ 30.00 |
| 7. Medical and dental expenses | $ 20.00 |
| 8. Transportation (not including car payments) | $ 150.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|    a. Homeowner's or renter's | $ 25.00 |
|    b. Life | $ |
|    c. Health | $ |
|    d. Auto | $ 56.00 |
|    e. Other _____ | $ |
|    _____ | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|    (Specify) **Property Taxes** _____ | $ 208.00 |
|    _____ | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|    a. Auto _____ | $ 410.00 |
|    b. Other _____ | $ |
|    _____ | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| 17. Other _____ | $ |
|    _____ | $ |
|    _____ | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.     $ 2,878.00

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ 2,881.48 |
|    b. Average monthly expenses from Line 18 above | $ 2,878.00 |
|    c. Monthly net income (a. minus b.) | $ 3.48 |

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** Aransiola, Elizabeth M

Debtor(s)

Case No. _____

(If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____17 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 15, 2008** _____   Signature: **/s/ Elizabeth M Aransiola** _____

**Elizabeth M Aransiola**                                                                                                              Debtor

Date: _____   Signature: _____

(Joint Debtor, if any)

[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer                    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

Address

_____                            _____

Signature of Bankruptcy Petition Preparer                                                        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

_____

(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                              Case No. _____

Aransiola, Elizabeth M                                             Chapter **7** _____
_____
              Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

**1. Income from employment or operation of business**

None  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,
☐     including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this
      case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that
      maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the
      beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing
      under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a
      joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 2,300.00 | 2008 ( monthly) |
| 40,396.00 | Estimated 2007 income from employment |
| 3,339.43 | Estimated 2006 income from employment (monthly) |

---

**2. Income other than from employment or operation of business**

None  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the
☑     **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse
      separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless
      the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None  *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other
☑     debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that
      constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of
      a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit
      counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint
      petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☑ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Gleason & Gleason**<br>**77 W Washington, Ste 1218**<br>**Chicago, IL  60602** | **4/03/2008** | **351.00** |

### 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 12. Safe deposit boxes

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 13. Setoffs

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 14. Property held for another person

None ☑ List all property owned by another person that the debtor holds or controls.

## 15. Prior address of debtor

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only



**18. Nature, location and name of business**

None
☑
  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

  *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

  *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

None
☑
  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **August 15, 2008** _____     Signature  */s/ Elizabeth M Aransiola* _____
                                     of Debtor                                        **Elizabeth M Aransiola**

Date: _____     Signature _____
                                     of Joint Debtor
                                     (if any)

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. _____

Aransiola, Elizabeth M                                         Chapter **7** _____
_____
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☑ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
☑ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **05 Chevy Truck** | **Amr Eagle Bk** | | | | ✓ |
| **Residence at:** | **Home Loan Services Inc** | | | | ✓ |

| Description of Leased Property | Lessor's Name | | | | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|---|---|---|
| | | | | | |

| **08/15/2008** | **/s/ Elizabeth M Aransiola** | | |
|---|---|---|---|
| Date | **Elizabeth M Aransiola**          Debtor | | Joint Debtor (if applicable) |

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

Address

_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                           Case No. _____

Aransiola, Elizabeth M _____   Chapter **7** _____

                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

                                            Number of Creditors _____**12**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.


Date: **August 15, 2008** _____   */s/ Elizabeth M Aransiola* _____
                                            Debtor


                                            _____
                                            Joint Debtor

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Aransiola, Elizabeth M
811 Bishop Ct
Schaumburg, IL  60194-2201

Nco Financial Svcs
507 Prudential Rd
Horsham, PA  19044-2308

Gleason & Gleason
77 W Washington, Ste 1218
Chicago, IL  60602

Sears/cbsd
PO Box 20363
Kansas City, MO  64195-0363

Amr Eagle Bk
556 Randall Rd
South Elgin, IL  60177-3315

St Alexius Medical Center
1614 W Central Rd
Arlington Heights, IL  60005-2490

Citibank
PO Box 20507
Kansas City, MO  64195-0507

Wf Fin Bank
1 Home Campus
Des Moines, IA  50328-0001

Dependon Collection Se
PO Box 4833
Oak Brook, IL  60522-4833

Dr. Prafulla Koneru, MD
1575 Barrington Rd
Schaumburg, IL  60169-1057

Home Loan Services Inc
6750 Miller Rd
Brecksville, OH  44141-3262

Jc Penney
PO Box 103106
Roswell, GA  30076-9106

Malcom S Gerald And Associates, Inc.
332 S Michigan Ave Ste 600
Chicago, IL  60604-4434

Monogram Bank N America
PO Box 26012
Greensboro, NC  27420-6012

GLENKIRK

| 10936 - ELIZABETH M ARANSIOLA | | | 38 | | 03/07/2008 | | 245701-0000 | |
|---|---|---|---|---|---|---|---|---|
| Earning Item | Current Hours | Current Amount | Y-T-D Hours | Y-T-D Amount | Taxes / Deductions | | Current Amount | Y-T-D Amount |
| Vac Paid | | | 40.00 | 439.20 | Fed W/tax | | 77.98 | 224.20 |
| retro | | | | 142.17 | FICA SStax | | 66.41 | 339.62 |
| REG RATE/H | 75.25 | 842.83 | 327.25 | 3,753.12 | FICA SSmed | | 15.53 | 72.41 |
| SIC TAKEN | 8.00 | | 16.00 | | IL SWtax | | 20.73 | 124.45 |
| SICK PAID | | 89.60 | | 179.20 | unior ddec | | 13.34 | 62.95 |
| HOL OT RATE | | | 8.50 | 140.00 | TX SHEL AN | | 46.82 | 250.35 |
| OT RATE/H | 8.25 | 138.60 | 20.25 | 340.12 | | | | |
| Vac Bal | | | 40.00 | | | | | |
| SICK BAL | -8.00 | | | | | | | |
| | | | | | | | | |
| Earnings | | 1,071.00 | | 4,993.81 | | | | |
| Less Taxes | | 190.65 | | 730.68 | | | | |
| Less Deductions | | 59.96 | | 293.30 | | | | |
| Net Pay | | 820.39 | | 3,969.83 | | | | |

3504 Commerical Ave
Northbrook, IL 60062
(847) 272-5111

245701-0000

Deposit    ** Eight Hundred Twenty Dollars and 39 Cents **
........... NON-NEGOTIABLE .......... NON-NEGOTIABLE .......... ...

| Date | Deposit |
|---|---|
| 03/07/2008 | ************820.39 |

TO     ELIZABETH M ARANSIOLA
811 BISHOP COURT
SCHAUMBURG IL 60194

NON - NEGOTIABLE

Amount Dep/Pay Account:     Message
===== ======= ==============
820.39 Chk Dep 2575156071    **This amount has been deposited
                             directly into your account.**

GLENKIRK

| 10936 - ELIZABETH M ARANSIOLA | | 38 | | 03/21/2008 | 246188-0000 | |
|---|---|---|---|---|---|---|
| Earning Item | Current Hours | Current Amount | Y-T-D Hours | Y-T-D Amount | Taxes / | Current Amount | Y-T-D Amount |

| Earning Item | Current Hours | Current Amount | Y-T-D Hours | Y-T-D Amount | Taxes / | Current Amount | Y-T-D Amount |
|---|---|---|---|---|---|---|---|
| Vac Paid | | | 40.00 | 439.20 | Deductions | | |
| Retro | | | | 142.17 | Fed Wtax | 70.28 | 264.48 |
| REG RATE/H | 80.00 | 896.00 | 417.25 | 4,649.12 | FICA SStax | 63.10 | 372.72 |
| SIC TAKEN | | | 16.00 | | FICA SSmed | 14.76 | 87.17 |
| SICK PAID | | | | 179.20 | IL SWTax | 29.19 | 153.64 |
| HOL OTRATE | | | 8.50 | 140.00 | union dued | 13.34 | 76.29 |
| OT RATE/H | 7.25 | 121.60 | 27.50 | 461.92 | TX SHEL AN | 44.83 | 275.15 |
| Vac Bal | | | 40.00 | | | | |
| SICK BAL | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Earnings | | 1,017.60 | | 6,011.61 | | | |
| Less Taxes | | 177.33 | | 908.01 | | | |
| Less Deductions | | 58.14 | | 351.44 | | | |
| Net Pay | | 782.33 | | 4,752.16 | | | |

3504 Commerical Ave
Northbrook, IL 60062
(847) 272-5111

246188-0000

Deposi    ** Seven Hundred Eighty Two Dollars and 33 Cents **
** " " " " ** NON-NEGOTIABLE ** " " " " *** NON-NEGOTIABLE ** " " " " ***

| Date | Deposit |
|---|---|
| 03/21/2008 | *************782.33 |

TO    ELIZABETH M ARANSIOLA
611 BISHOP COURT
SCHAUMBURG IL 60194

**NON - NEGOTIABLE**

Amount Dep/Pay Account:    Message
====== ======= ======= =========================
782.33 Chk Dep 2753516997    **This amount has been deposited
directly into your account.**

GLENKIRK

| 10936 - ELIZABETH M ARANSIOLA | | | 38 | | 04/18/2008 | | 246999-0000 |
|---|---|---|---|---|---|---|---|
| Earning Item | Current Hours | Current Amount | Y-T-D Hours | Y-T-D Amount | Taxes / Deductions | Current Amount | Y-T-D Amount |
| Vac Paid | 20.00 | 214.00 | 60.00 | 653.20 | Fed W/Tax | 51.31 | 417.33 |
| retro | | | | 142.17 | FICA SStax | 53.57 | 489.91 |
| REG RATE/H | 20.75 | 222.03 | 513.00 | 5,767.15 | FICA SSmed | 12.53 | 114.58 |
| SIC TAKEN | 40.00 | 56.00 | 56.00 | | IL SWTax | 24.63 | 207.71 |
| SICK PA D | | 428.00 | | 607.20 | unior duec | 13.24 | 102.97 |
| HOL OTRATE | | | 8.50 | 140.00 | TX SHEL AN | 43.20 | 363.15 |
| OT RATE/H | | | 35.25 | 592.12 | ADVANCE | -193.26 | 72.84 |
| Vac Bal | -20.00 | | 20.00 | | | | |
| SICK BAL | -40.00 | | -40.00 | | | | |
| | | | | | | | |
| | | | | | | | |
| Earnings | | 864.03 | | 7,931.84 | | | |
| Less Taxes | | 142.04 | | 1,229.53 | | | |
| Less Deductions | | -139.72 | | 538.96 | | | |
| Net Pay | | 858.71 | | 6,133.35 | | | |

3504 Commercial Ave
Northbrook, IL 60062
(847) 272-5111

246999-0000

Deposi    ** Eight Hundred Fifty Eight Dollars and 71 Cents **
t      **・・・・** ** NON-NEGOTIABLE ** ** ** ** ** NON-NEGOTIABLE ** ** ** ** ***

| Date | Deposit |
|---|---|
| 04/18/2008 | ***************858.71 |

TO    ELIZABETH M ARANSIOLA
      811 BISHOP COURT
      SCHAUMBURG IL 60194

**NON - NEGOTIABLE**

Amount Dep/Pay Account      Message
===== ===== ===== =============================================
858.71 Chk Dep 2733516997      **This amount has been deposited
                                directly into your account.**

GLENKIRK

| 10936 - ELIZABETH M ARANSIOLA | | | 38 | | 04/04/2008 | | 246488-0000 | |
|---|---|---|---|---|---|---|---|---|
| Earning Item | Current Hours | Current Amount | Y-T-D Hours | Y-T-D Amount | Taxes / Deductions | | Current Amount | Y-T-D Amount |
| Vac Paid | | | 40.00 | 439.20 | Fed W Tax | | 71.64 | 356.02 |
| retro | | | | | FICA SStax | | 63.62 | 436.34 |
| REG RATE/H | 80.00 | 896.00 | 497.25 | 142.17 | FICA SS med | | 14.88 | 102.06 |
| SIC TAKEN | | | *6.00 | 5,545.12 | IL SW Tax | | 29.44 | 183.08 |
| SICK PAID | | | | | union dues | | 13.34 | 69.63 |
| HOL OT RATE | | | 8.50 | 179.20 | TX SHEL AN | | 44.80 | 516.55 |
| OT RATE/H | 7.75 | 130.20 | 35.25 | 140.00 | ADVANCE | | 266.10 | 266.10 |
| Vac Bal | | | 40.00 | 592.12 | | | | |
| SICK BAL | | | | | | | | |
| | | | | | | | | |
| Earnings | | 1,026.20 | | 7,037.81 | | | | |
| Less Taxes | | 179.48 | | 1,087.49 | | | | |
| Less Deductions | | 324.24 | | 675.68 | | | | |
| Net Pay | | 522.48 | | 5,274.64 | | | | |

3504 Commerica Ave
Northbrook, IL 60062
(847) 272-5111

246488-0000

Deposit ** Five Hundred Twenty Two Dollars and 48 Cents **
*** ** ** ** *** NON-NEGOTIABLE ** ** ** ** *** NON-NEGOTIABLE ** ** ** ** ***

| Date | Deposit |
|---|---|
| 04/04/2008 | *************522.48 |

TO ELIZABETH M ARANSIOLA
811 B SHOP COURT
SCHAUMBURG IL 60194

**NON - NEGOTIABLE**

Amount Dep/Pay Account    Message
------ ------ --------- =============================================
522.48 Chk Dep 27355*6997    This amount has been deposited
directly into your account.

GLENKIRK

**10936 - ELIZABETH M ARANSIOLA**    38    02/08/2008    244880-0000

| Earning Item | Current Hours | Current Amount | Y-T-D Hours | Y-T-D Amount | Taxes / Deductions | Current Amount | Y-T-D Amount |
|---|---|---|---|---|---|---|---|
| Vac Paid | | | 40.00 | 439.20 | Fed W/tax | 44.76 | 100.80 |
| REG RATE-H | 72.50 | 812.00 | 182.00 | 2,014.32 | FICA SStax | 68.28 | 176.99 |
| HOLO TRATE | | | 8.50 | 140.00 | FICA SSmed | 15.95 | 41.39 |
| OT RATE-H | 1.50 | 25.20 | 1.75 | 29.32 | IL SWTax | 25.83 | 67.63 |
| retro | | 142.17 | | | union dues | 12.09 | 36.27 |
| SIC TAKEN | 8.00 | | 8.00 | 142.17 | TX SHEL AN | 82.79 | 139.93 |
| SICK PAID | | 89.60 | | 89.80 | | | |
| Vac Bal | | | 40.00 | | | | |
| SICK BAL | -8.00 | | 8.00 | | | | |
| Earnings | | 1,068.97 | | 2,854.81 | | | |
| Less Taxes | | 152.63 | | 386.81 | | | |
| Less Deductions | | 64.28 | | 175.20 | | | |
| Net Pay | | 852.26 | | 2,292.80 | | | |

3504 Commerical Ave
Northbrook, IL 60062
(847) 272-5111

244880-0000

Deposi    ** Eight Hundred Fifty Two Dollars and 26 Cents **
········· ·· ·· NON-NEGOTIABLE · · · · · · · · NON-NEGOTIABLE ·· ··· ·· ····

| Date | Deposit |
|---|---|
| 02/08/2008 | ***********852.26 |

TO    ELIZABETH M ARANSIOLA
811 BISHOP COURT
SCHAUMBURG IL 60194

**NON - NEGOTIABLE**

Amount Dep/Pay Account    Message
====== ====== ========    ===================================
852.26 Chk Dep 287316907·    **This amount has been deposited
directly into your account.**

Att. Desex

GLENKIRK

| 10936 - ELIZABETH M ARANSIOLA | | | 38 | | | 02/22/2008 | 245391-0000 | |

| Earning Item | Current Hours | Current Amount | Y-T-D Hours | Y-T-D Amount | Taxes / Deductions | Current Amount | Y-T-D Amount |
|---|---|---|---|---|---|---|---|
| Vac Paid | | | 40.00 | 459.20 | Fed W-Tax | 45.42 | 145.22 |
| Retro | | | | 142.17 | FICA SStax | 66.22 | 243.21 |
| REG RATE/H | 80.00 | 896.00 | 262.00 | | FICA SSmed | 15.49 | 56.86 |
| SIC TAKEN | | | 8.00 | 2,910.32 | IL SWTax | 26.09 | 93.72 |
| SICK PAID | | | | 89.60 | union dued | 13.34 | 49.61 |
| HOL OTRATE | | | 9.50 | 140.00 | TX SHEL AN | 44.80 | 165.73 |
| OT RATE/H | 10.25 | 172.20 | 12.00 | 201.52 | | | |
| Vac Bal | | | 40.00 | | | | |
| SICK BAL | | | 8.00 | | | | |
| | | | | | | | |
| Earnings | | 1,068.20 | | 3,922.81 | | | |
| Less Taxes | | 155.22 | | 540.03 | | | |
| Less Deductions | | 56.14 | | 233.34 | | | |
| Net Pay | | 856.84 | | 3,149.44 | | | |

3504 Commerica Ave
Northbrook, IL 60062
(847) 272-511:

245391-0000

Deposit   ** Eight Hundred Fifty Six Dollars and 84 Cents **

* · · · · · · · · NON-NEGOTIABLE ·* · * · · · · · · NON-NEGOTIABLE · · · · · · · ·

| Date | | Deposit |
|---|---|---|
| 02/22/2008 | | ·············*856.84 |

TO      ELIZABETH M ARANSIOLA
        811 B SHOP COURT
        SCHAUMBURG IL 60194

NON - NEGOTIABLE

Amount Dep/Pay Account    Message
====== ====== ============    ======= ======= ====== =============
856.84 Chk Dep 2675155071        This amount has been deposited
                            directly into your account.

**FOR TAX YEAR 2007**

TUNDE & ELIZABETH ARANSIOLA



OBASEKI  AND  ASSOCIATES INC CPA

4552 1/2 N BROADWAY

CHICAGO, IL 60640

(773)784-6297

| SCHEDULES A&B<br>(Form 1040) | | Schedule A - Itemized Deductions | | OMB No. 1545-0074<br>**2007** |
|---|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Attach to Form 1040. | ▶ See Instructions for Schedules A&B (Form 1040). | | Attachment<br>Sequence No. 07 |

| Name(s) shown on Form 1040 | | | | | | Your social security number |
|---|---|---|---|---|---|---|
| TUNDE & ELIZABETH ARANSIOLA | | | | | | 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 |

| | | | | | |
|---|---|---|---|---|---|
| Medical<br>and<br>Dental<br>Expenses | Caution: Do not include expenses reimbursed or paid by others | | | | |
| | 1 Medical and dental expenses (see page A-1) | 1 | | | |
| | 2 Enter amount from Form 1040, line 38 | 2 | | | |
| | 3 Multiply line 2 by 7.5% (.075) | 3 | | | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | |
| Taxes You<br>Paid<br><br>(See<br>page A-2.) | 5 State and local (check only one box):<br>a ☒ Income taxes, or<br>b ☐ General sales taxes | 5 | 1,022 | | |
| | 6 Real estate taxes (see page A-5) | 6 | | | |
| | 7 Personal property taxes | 7 | 1,966 | | |
| | 8 Other taxes. List type and amount ▶ | 8 | | | |
| | 9 Add lines 5 through 8 | | 9 | 2,988 |
| Interest<br>You Paid<br><br>(See<br>page A-5.)<br><br>Note:<br>Personal<br>interest is<br>not<br>deductible. | 10 Home mortgage interest and points reported to you on Form 1098 | 10 | 12,174 | | |
| | 11 Home mortgage interest not reported to you on Form 1098. If paid<br>to the person from whom you bought the home, see page A-6<br>and show that person's name, identifying no., and address ▶ | 11 | | | |
| | 12 Points not reported to you on Form 1098. See page A-6<br>for special rules | 12 | | | |
| | 13 Qualified mortgage insurance premiums (See page A-7) | 13 | | | |
| | 14 Investment interest. Attach Form 4952 if required. (See<br>page A-7.) | 14 | | | |
| | 15 Add lines 10 through 14 | | 15 | 12,174 |
| Gifts to<br>Charity<br><br>If you made a<br>gift and got a<br>benefit for it,<br>see page A-8 | 16 Gifts by cash or check. If you made any gift of $250 or<br>more, see page A-8 | 16 | | | |
| | 17 Other than by cash or check. If any gift of $250 or more,<br>see page A-8. You must attach Form 8283 if over $500 | 17 | | | |
| | 18 Carryover from prior year | 18 | | | |
| | 19 Add lines 16 through 18 | | 19 | |
| Casualty and<br>Theft Losses | 20 Casualty or theft loss(es). Attach Form 4684 (See page A-8.) | | 20 | |
| Job Expenses<br>and Certain<br>Miscellaneous<br>Deductions<br><br>(See<br>page A-9.) | 21 Unreimbursed employee expenses - job travel, union<br>dues, job education, etc. Attach Form 2106 or 2106-EZ<br>if required. (See page A-9.) ▶ | 21 | | | |
| | 22 Tax preparation fees | 22 | 320 | | |
| | 23 Other expenses - investment, safe deposit box, etc. List<br>type and amount ▶ | 23 | | | |
| | 24 Add lines 21 through 23 | 24 | 320 | | |
| | 25 Enter amount from Form 1040, line 38 | 25 | 36,096 | | |
| | 26 Multiply line 25 by 2% (.02) | 26 | 722 | | |
| | 27 Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | 27 | 0 |
| Other<br>Miscellaneous<br>Deductions | 28 Other - from list on page A-10. List type and amount ▶ | | 28 | |
| Total<br>Itemized<br>Deductions | 29 Is Form 1040, line 38, over $156,400 (over $78,200 if married filing separately)?<br>☒ No. Your deduction is not limited. Add the amounts in the far right column<br>for lines 4 through 28. Also, enter this amount on Form 1040, line 40.<br>☐ Yes. Your deduction may be limited. See page A-10 for the amount to enter. | ▶ | 29 | 15,152 |
| | 30 If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ | | | |

| SCHEDULE C<br>(Form 1040) | Profit or Loss From Business<br>(Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service    (99) | ▶ Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.<br>▶ Attach to Form 1040, 1040NR, or Form 1041.  ▶ See Instructions for Schedule C (Form 1040). | **2007**<br>Attachment<br>Sequence No. **09** |

Name of proprietor: TUNDE ARANSIOLA

Social security number (SSN): 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

A  Principal business or profession, including product or service (see page C-2 of the instructions): TEXTILE

B  Enter code from pages C-8, 9, & 10

C  Business name. If no separate business name, leave blank. GOD'S GRACE FASHION STORE

D  Employer ID number (EIN), if any

E  Business address (including suite or room no.) ▶ 811 BISHOP CT
City, town or post office, state, and ZIP code    Schaumburg    IL  60194

F  Accounting method:    (1) ☐ Cash    (2) ☐ Accrual    (3) ☐ Other (specify) ▶

G  Did you "materially participate" in the operation of this business during 2007? If "No" see page C-3 for limit on losses  .  .  .  . ☐ Yes ☐ No

H  If you started or acquired this business during 2007, check here  .  .  .  .  .  .  .  .  .  .  .  .  .  . ▶ ☐

## Part I    Income

| | | | |
|---|---|---|---|
| 1  Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here  .  .  .  .  .  .  . ▶ ☐ | 1 | | 560 |
| 2  Returns and allowances  .  .  .  .  . | 2 | | |
| 3  Subtract line 2 from line 1  .  .  .  .  . | 3 | | 560 |
| 4  Cost of goods sold (from line 42 on page 2)  .  .  .  . | 4 | | |
| 5  Gross profit. Subtract line 4 from line 3  .  .  .  . | 5 | | 560 |
| 6  Other income, including federal and state gasoline or fuel tax credit or refund (see page C-3)  .  .  . | 6 | | |
| 7  Gross income. Add lines 5 and 6  .  .  .  .  .  .  .  . ▶ | 7 | | 560 |

## Part II    Expenses.  Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8  Advertising  .  .  . | 8 | 120 | 18  Office expense  .  .  . | 18 | | |
| 9  Car and truck expenses (see page C-4)  .  . | 9 | | 19  Pension and profit-sharing plans | 19 | | |
| 10  Commissions and fees | 10 | | 20  Rent or lease (see page C-5): | | | |
| 11  Contract labor (see page C-4) | 11 | | a  Vehicles, machinery, and equipment | 20a | | |
| 12  Depletion  .  .  . | 12 | | b  Other business property  .  .  . | 20b | | |
| 13  Depreciation and section 179 expense deduction (not included in Part III) (see page C-4)  .  .  . | 13 | | 21  Repairs and maintenance  .  . | 21 | | |
| | | | 22  Supplies (not included in Part III)  . | 22 | | 4,125 |
| | | | 23  Taxes and licenses  .  .  . | 23 | | |
| 14  Employee benefit programs (other than on line 19)  . | 14 | | 24  Travel, meals, and entertainment: | | | |
| | | | a  Travel  .  .  . | 24a | | |
| 15  Insurance (other than health) | 15 | | b  Deductible meals and entertainment (see page C-6) | 24b | | |
| 16  Interest: | | | 25  Utilities  .  .  . | 25 | | |
| a  Mortgage (paid to banks, etc.) | 16a | | 26  Wages (less employment credits) | 26 | | |
| b  Other  .  .  . | 16b | | 27  Other expenses (from line 48 on page 2)  .  .  . | 27 | | 1,055 |
| 17  Legal and professional services  .  .  . | 17 | | | | | |

| | | | |
|---|---|---|---|
| 28  Total expenses before expenses for business use of home. Add lines 8 through 27 in columns  .  .  . ▶ | 28 | | 5,300 |
| 29  Tentative profit (loss). Subtract line 28 from line 7  .  .  .  . | 29 | | (4,740) |
| 30  Expenses for business use of your home. Attach Form 8829  .  .  . | 30 | | |
| 31  Net profit or (loss). Subtract line 30 from line 29. | | | |
| • If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (statutory employees, see page C-7). Estates and trusts, enter on Form 1041, line 3. ▶ | 31 | | (4,740) |
| • If a loss, you must go to line 32. | | | |

32  If you have a loss, check the box that describes your investment in this activity (see page C-7).
• If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (statutory employees, see page C-7). Estates and trusts, enter on Form 1041, line 3.
• If you checked 32b, you must attach Form 6198. Your loss may be limited.

32a ☐ All investment is at risk.
32b ☐ Some investment is not at risk.

For Paperwork Reduction Act Notice, see page C-8 of the instructions.    BEA    Schedule C (Form 1040) 2007

Schedule C (Form 1040) 2007    TEXTILE                                                    Page **2**

Name(s):
TUNDE ARANSIOLA                                             SSN
                                                           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

**Part III    Cost of Goods Sold** (see page C-7)

33    Method(s) used to
      value closing inventory:   a ☐ Cost    b ☐ Lower of cost or market    c ☐ Other (attach explanation)

34    Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
      If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☐ No

35    Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . .   | 35 |

36    Purchases less cost of items withdrawn for personal use . . . . . . . . . . . . . . . . . .   | 36 |

37    Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . . . .   | 37 |

38    Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   | 38 |

39    Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   | 39 |

40    Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   | 40 |

41    Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   | 41 |

42    **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . .   | 42 |

**Part IV    Information on Your Vehicle.** Complete this part only if you are claiming car or truck expenses on
            line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page
            C-4 to find out if you must file Form 4562.

43    When did you place your vehicle in service for business purposes? (month, day, year)    ▶

44    Of the total number of miles you drove your vehicle during 2007, enter the number of miles you used your vehicle for:

  a   Business _____   b  Commuting (see instructions) _____   c  Other _____

45    Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . .   ☐ Yes   ☐ No

46    Was your vehicle available for personal use during off-duty hours? . . . . . . . . . . . . . . . . .   ☐ Yes   ☐ No

47a   Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☐ No

  b   If "Yes," is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes   ☐ No

**Part V    Other Expenses.**  List below business expenses not included on lines 8-26 or line 30.

CELL PHONE                                                                                  1,055

_____

_____

_____

_____

_____

_____

_____

48    Total other expenses. Enter here and on page 1, line 27 . . . . . . . . . . . . . . .   | 48 |   1,055

Form **8812**

**Additional Child Tax Credit**

Complete and attach to Form 1040, Form 1040A, or Form 1040NR.

OMB No. 1545-0074

**2007**

Attachment
Sequence No. **47**

Department of the Treasury
Internal Revenue Service (99)

Name(s) shown on return

TUNDE & ELIZABETH ARANSIOLA

Your social security number

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

**Part I    All Filers**

| | | | |
|---|---|---|---|
| 1 | Enter the amount from line 1 of your Child Tax Credit Worksheet on page 40 of the Form 1040 instructions, page 36 of the Form 1040A instructions, or page 21 of the Form 1040NR instructions. If you used Pub. 972, enter the amount from line 8 of the worksheet on page 4 of the publication   . . . . . . . . . . | 1 | 2,000 |
| 2 | Enter the amount from Form 1040, line 52, Form 1040A, line 32, or Form 1040NR, line 47  . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1. If zero, **stop**; you cannot take this credit  . . . . . . . . . . . | 3 | 2,000 |
| 4a | Enter your total earned income (see instructions) . . . . . . . . . . . . .   4a   35,656 | | |
| b | Nontaxable combat pay (see instructions)  . . .   4b | | |
| 5 | Is the amount on line 4a more than $11,750? | | |
| | No.  Leave line 5 blank and enter -0- on line 6. | | |

Form **8863**

### Education Credits
### (Hope and Lifetime Learning Credits)
▶ See instructions to find out if you are eligible to take the credits.
▶ Attach to Form 1040 or Form 1040A.

OMB No. 1545-0074

**2007**

Attachment
Sequence No. **50**

Department of the Treasury
Internal Revenue Service (99)

Name(s) shown on return
**TUNDE & ELIZABETH ARANSIOLA**

Your social security number
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

Caution • You cannot take the Hope credit and the lifetime earning credit for the same student in the same year.
• You cannot take both an education credit and the tuition and fees deduction (see Form 8917) for the same student
in the same year.

Before you begin: Figure the amount of any credit you are claiming on Form 1040, line 51.

| Part I | Hope Credit. Caution: You cannot take the Hope credit for more than 2 tax years for the same student. |

| 1 | (a) Student's name (as shown on page 1 of your tax return) First name / Last name | (b) Student's social security number (as shown on page 1 of your tax return) | (c) Qualified expenses (see instructions). Do not enter more than $2,200 for each student. | (d) Enter the smaller of the amount in column (c) or $1,100 | (e) Add column (c) and column (d) | (f) Enter one-half of the amount in column (e) |
|---|---|---|---|---|---|---|
| | ELIZABETH ARANSIOLA | 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 | 2,200 | 1,100 | 3,300 | 1,650 |
| | | | | | | |

| 2 | Tentative Hope credit. Add the amounts on line 1, column (f). If you are taking the lifetime learning credit for another student, go to Part II; otherwise, go to Part III · · · · · · · · · · · · · ▶ | 2 | 1,650 |

| Part II | Lifetime Learning Credit |

| 3 | (a) Student's name (as shown on page 1 of your tax return) First name / Last name | (b) Student's social security number (as shown on page 1 of your tax return) | (c) Qualified expenses (see instructions) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| 4 | Add the amounts on line 3, column (c), and enter the total · · · · · · · · · · · · · · · · | 4 | |
| 5 | Enter the smaller of line 4 or $10,000 · · · · · · · · · · · · · · · · · · · · · · · · · · | 5 | |
| 6 | Tentative lifetime learning credit. Multiply line 5 by 20% (.20) and go to Part III · · · · · | 6 | |

| Part III | Allowable Education Credits |

| 7 | Tentative education credits. Add lines 2 and 6 · · · · · · · · · · · · · · · · · · · · · · | 7 | 1,650 |
| 8 | Enter: $114,000 if married filing jointly; $57,000 if single, head of household, or qualifying widow(er) | 8 | 114,000 | |
| 9 | Enter the amount from Form 1040, line 38*, or Form 1040A, line 22 | 9 | 36,096 | |
| 10 | Subtract line 9 from line 8. If zero or less, stop; you cannot take any education credits | 10 | 77,904 | |
| 11 | Enter: $20,000 if married filing jointly; $10,000 if single, head of household, or qualifying widow(er) | 11 | 20,000 | |
| 12 | If line 10 is equal to more than line 11, enter the amount from line 7 on line 13 and go to line 14. If line 10 is less than line 11, divide line 10 by line 11. Enter the result as a decimal rounded to at least three places) | 12 | X | . |
| 13 | Multiply line 7 by line 12 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 13 | 1,650 |
| 14 | Enter the amount from Form 1040, line 46, or Form 1040A, line 28 · · · · · · · | 14 | 393 | |
| 15 | Enter the total, if any, of your credits from Form 1040, lines 47, 48, and 50 or Form 1040A, lines 29 and 30 | 15 | | |
| 16 | Subtract line 15 from line 14. If zero or less, stop. You cannot take any education credits · · · · · · ▶ | 16 | 393 |
| 17 | Education credits. Enter the smaller of line 13 or line 16 here and on Form 1040, line 49, or Form 1040A, line 31 · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ▶ | 17 | 393 |

* If you are filing Form 2555, 2555-EZ, or 4563, or you are excluding income from Puerto Rico, see Pub. 970 for the amount to enter.

For Paperwork Reduction Act Notice, see page 3.                    8863                    Form **8863** (2007)

| Form **8867**<br>(Rev. December 2006)<br>Department of the Treasury<br>Internal Revenue Service | **Paid Preparer's Earned Income Credit Checklist** | OMB No. 1545-1629 |
|---|---|---|

▶ **Do not send to the IRS. Keep for your records.**

For the definitions of the following terms, see Pub. 596 for the year for which you are completing this form.

• Investment Income    • Qualifying Child    • Earned Income

A   Taxpayer's name  ▶ TUNDE ARANSIOLA

B   If joint return, spouse's name  ▶ ELIZABETH ARANSIOLA

### Part I   All Taxpayers

1   Year after 2006 for which you are completing this form  ▶ __2007__

2   Is the taxpayer's filing status married filing separately?  · · · · · · · · · · ·   Yes   X No

    ▶ If you checked "Yes" on line 2, **stop**; the taxpayer cannot take the EIC. Otherwise, continue.

3   Does the taxpayer (and the taxpayer's spouse if filing jointly) have a social security number (SSN) that allows him or her to work or is valid for EIC purposes? See the instructions before answering  · · · · · · · · · · ·   X Yes   No

    ▶ If you checked "No" on line 3, **stop**; the taxpayer **cannot** take the EIC. Otherwise, continue.

4   Is the taxpayer filing Form 2555 or Form 2555-EZ (relating to the exclusion of foreign earned income)?  · · · · · · · · · ·   Yes   X No

    ▶ If you checked "Yes" on line 4, **stop**; the taxpayer cannot take the EIC. Otherwise, continue.

5a   Was the taxpayer a nonresident alien for any part of the year on line 1?  · · · · · · ·   Yes   X No

    ▶ If you checked "Yes" on line 5a, go to line 5b. Otherwise, skip line 5b and go to line 6.

b   Is the taxpayer's filing status married filing jointly?  · · · · · · · · · ·   Yes   No

    ▶ If you checked "Yes" on line 5a and "No" on line 5b, **stop**; the taxpayer cannot take this EIC. Otherwise, continue.

6   Is the taxpayer's investment income more than the limit that applies to the year on line 1? See Pub. 596 for the limit  · · · · · · · · · ·   Yes   X No

    ▶ If you checked "Yes" on line 6, **stop**; the taxpayer cannot take the EIC. Otherwise, continue.

7   Could the taxpayer, or the taxpayer's spouse if filing jointly, be a **qualifying child** of another person for the year on line 1?  · · · · · · · · · ·   Yes   X No

    ▶ If you checked "Yes" on line 7, **stop**; the taxpayer cannot take the EIC. Otherwise, go to Part II or Part III, whichever applies.

For Paperwork Reduction Act Notice, see instructions.      EEA      Form **8867** (Rev. 12-2006)

Form 8867 (Rev. 12-2006)    TUNDE & ELIZABETH ARANSIOLA      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    Page 2

| Part II | Taxpayers With a Child | | |
|---|---|---|---|

Caution. If there are two children, complete lines 8 through 14 for one child before going to the next column.

| | | Child 1 | Child 2 |
|---|---|---|---|
| 8 | Child's name | ADEHJNBI B ARANSIOLA | BABATUNDE TAY ARANSIOLA |
| 9 | Is the child the taxpayer's son, daughter, stepchild, foster child, brother, sister, stepbrother, stepsister, or a descendant of any of them? | X Yes   No | X Yes   No |
| 10 | Is either of the following true? • The child is unmarried, or • The child is married and can be claimed as the taxpayer's dependent | X Yes   No | X Yes   No |
| 11 | Did the child live with the taxpayer in the United States for over half of the year? See the instructions before answering | X Yes   No | X Yes   No |
| 12 | Was the child at the end of the year on line 1) - • Under age 19, • Under age 24 and a full-time student (see definition in Pub. 596); or • Any age and permanently and totally disabled? | X Yes   No | X Yes   No |

▶ If you checked "Yes" on lines 9, 10, 11 and 12, the child is the taxpayer's qualifying child; go to line 13a. If you checked "No" on line 9, 10, 11 or 12, the child is not the taxpayer's qualifying child. If there is more than one child, complete lines 8 through 14 for the other child(ren). If the taxpayer does not have a qualifying child, go to Part II . to see if the taxpayer can take the EIC for taxpayers who do not have a qualifying child.

| 13a | Could any other person check "Yes" on lines 9, 10, 11 and 12 for the child? | Yes   X No | Yes   X No |
|---|---|---|---|

▶ If you checked "No" on line 13a, go to line 14. Otherwise, go to line 13b

| b | Enter the child's relationship to the other person(s) | | |
|---|---|---|---|

| c | If the tiebreaker rules apply, would the child be treated as the taxpayer's qualifying child? See the instructions before answering | Yes   No<br>Don't know | Yes   No<br>Don't know |
|---|---|---|---|

▶ If you checked "Yes" on line 13c, go to line 14. Otherwise, explain to the taxpayer that if both the taxpayer and the other person(s) claim any of the six tax benefits listed on page 4, the IRS will apply the tiebreaker rules, and the taxpayer's benefits may be disallowed. Then, if the taxpayer wants to take the EIC based on this child, complete lines 14 and 15. If not, and there are no other qualifying children, the taxpayer cannot take the EIC (including the EIC for taxpayers without a qualifying child; do not complete Part II . If there is more than one child, complete lines 8 through 14 for the other child(ren) (but for no more than two qualifying children).

| 14 | Does the qualifying child have an SSN that allows him or her to work or is valid for EIC purposes? See the instructions before answering | X Yes   No | X Yes   No |
|---|---|---|---|

▶ If you checked "No" on line 14, the taxpayer cannot take the EIC based on this child and cannot take the EIC for taxpayers who do not have a qualifying child. If there is more than one child, complete lines 8 through 14 for the other children (but for no more than two qualifying children). If you checked "Yes" on line 14, continue.

| 15 | Are the taxpayer's earned income and adjusted gross income each less than the limit that applies to the taxpayer for the year on line 1? See Pub. 596 for the limit | | X Yes   No |
|---|---|---|---|

▶ If you checked "No" on line 15 stop; the taxpayer cannot take the EIC. If you checked "Yes" on line 15, the taxpayer can take the EIC. Complete Schedule EIC and attach it to the taxpayer's return. If there are two qualifying children with valid SSNs, list them on Schedule EIC in the same order as they are listed here. If the taxpayer's EIC was reduced or disallowed for a year after 1996, see Pub. 596 to see if Form 8862 must be filed. Go to line 20.

**Part III Taxpayers Without a Qualifying Child**

16 Was the taxpayer's main home, and the main home of the taxpayer's spouse if filing jointly, in the United States for more than half the year? (Military personnel on extended active duty outside the United States are considered to be living in the United States during that duty period. See Pub. 596.) Yes No

▶ If you checked "No" on line 16, stop; the taxpayer cannot take the EIC. Otherwise, continue.

17 Was the taxpayer, or the taxpayer's spouse if filing jointly, at least age 25 but under age 65 at the end of the year on line 1? Yes No

▶ If you checked "No" on line 17, stop; the taxpayer cannot take the EIC. Otherwise, continue.

18 Is the taxpayer, or the taxpayer's spouse if filing jointly, eligible to be claimed as a dependent on anyone else's federal income tax return for the year on line 1? Yes No

▶ If you checked "Yes" on line 18, stop; the taxpayer cannot take the EIC. Otherwise, continue.

19 Are the taxpayer's **earned income** and **adjusted gross income** each less than the limit that applies to the taxpayer for the year on line 1? See Pub. 596 for the limit. Yes No

▶ If you checked **"No"** on line 19, the taxpayer **cannot** take the EIC. If you checked **"Yes"** on line 19, the taxpayer can take the EIC. If the taxpayer's EIC was reduced or disallowed for a year after 1996, see Pub. 596 to find out if **Form 8862** must be filed. Go to line 20.

**Part IV Due Diligence Requirements**

20 Did you complete Form 8867 based on information provided by the taxpayer or reasonably obtained by you? X Yes No

21 Did you complete the EIC worksheet found in the Form 1040, 1040A, or 1040EZ instructions (or your own worksheet that provides the same information as the 1040, 1040A, or 1040EZ worksheet)? X Yes No

22 Did you comply with the knowledge requirements? (To comply with the knowledge requirements, you must not know or have reason to know that any information used to determine the taxpayer's eligibility for, and the amount of, the EIC is incorrect. You may not ignore the implications of information furnished to or known by you, and you must make reasonable inquiries if the information furnished appears to be incorrect, inconsistent, or incomplete.) X Yes No

23 Did you keep the following records?
- Form 8867 (or your own form or files),
- The EIC worksheet(s) or your own worksheet(s), and
- A record of how, when, and from whom the information used to prepare the form and worksheet(s) was obtained X Yes No

▶ If you checked **"Yes"** on lines 20, 21, 22, and 23, and keep the records described on line 23 for 3 years (see instructions), you have complied with all the due diligence requirements.

▶ If you checked "No" on line 20, 21, 22, or 23, you have not complied with all the due diligence requirements and may have to pay a $100 penalty for each failure to comply.

Under penalties of perjury, I declare that I have examined the above information and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Spouse's signature. If joint return, BOTH must sign. | Date |
|---|---|---|---|
| Paid preparer's signature | Date 02-22-2008 | | |

| Form **8879** | **IRS e-file Signature Authorization** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Do not send to the IRS. This is not a tax return.<br>▶ Keep this form for your records. See instructions. | **2007** |

Declaration Control Number (DCN) ▶    00-360140-104708

| Taxpayer's name | Social security number |
|---|---|
| TUNDE ARANSIOLA | 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 |
| Spouse's name | Spouse's social security number |
| ELIZABETH ARANSIOLA | 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 |

| **Part I** | **Tax Return Information – Tax Year Ending December 31, 2007**    (Whole Dollars Only) | | |
|---|---|---|---|
| 1 | Adjusted gross income (Form 1040, line 38; Form 1040A, line 22; Form 1040EZ, line 4) | 1 | 36,096 |
| 2 | Total tax (Form 1040, line 63; Form 1040A, line 37; Form 1040EZ, line 10) | 2 | |
| 3 | Federal income tax withheld (Form 1040, line 64; Form 1040A, line 38; Form 1040EZ, line 7) | 3 | 1,36? |
| 4 | Refund (Form 1040, line 74a; Form 1040A, line 44a; Form 1040EZ, line 11a; Form 1040-SS, Part I, line 12a) | 4 | 4,142 |
| 5 | Amount you owe (Form 1040, line 76; Form 1040A, line 46; Form 1040EZ, line 12) | 5 | |

**Part II    Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return)**

Under penalties of perjury, I declare that I have examined a copy of my electronic individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2007, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from my electronic income tax return. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS (a) an acknowledgement of receipt or reason for rejection of the transmission, (b) an indication of any refund offset, (c) the reason for any delay in processing the return or refund, and (d) the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my Federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at 1-888-353-4537 no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**    PIN=044000037    Acct=RALC4XXX356941749

☐ I authorize _____ to enter or generate my PIN
              ERO firm name                                    do not enter all zeros
as my signature on my tax year 2007 electronically filed income tax return.

☒ I will enter my PIN as my signature on my tax year 2007 electronically filed income tax return. Check this box only if you
are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III
below    41749

Your signature ▶ _____    Date ▶ _____

**Spouse's PIN: check one box only**

☐ I authorize _____ to enter or generate my PIN
              ERO firm name                                    do not enter all zeros
as my signature on my tax year 2007 electronically filed income tax return.

☒ I will enter my PIN as my signature on my tax year 2007 electronically filed income tax return. Check this box only if you
are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III
below    40540

Spouse's signature ▶ _____    Date ▶ _____

**Practitioner PIN Method Returns Only – continue below**

**Part III    Certification and Authentication – Practitioner PIN Method Only**

ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN.    360140-03424
                                                                                            do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the tax year 2007 electronically filed income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and Publication 1345, Handbook for Authorized IRS e-file Providers of Individual Income Tax Returns.

ERO's signature ▶ _____    Date ▶ 02-22-2008

**ERO Must Retain This Form – See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

For Privacy Act and Paperwork Reduction Act Notice, see instructions.    BEA    Form **8879** (2007)

**Illinois Department of Revenue**
**2007 Form IL-1040**
Individual Income Tax Return

tax.illinois.gov

or for fiscal year ending _____ / 0 8

Do not write above this line

### Step 1: Personal Information

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    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

TUNDE ARANSIOLA
ELIZABETH ARANSIOLA
811 BISHOP CT
Schaumburg, IL  60194



C  Filing status (see instructions)

Single or head of household    **X** Married filing jointly    Married filing separately    Widowed

### Step 2: Income

| | | |
|---|---|---|
| 1 | Federal adjusted gross income from your U.S. 1040, Line 37; U.S. 1040A, Line 21; or U.S. 1040EZ, Line 4 | **1** 36,096 |
| 2 | Federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b; or U.S. 1040EZ | **2** |
| 3 | Other additions to your income. **Attach Schedule M.** | **3** |
| 4 | Add Lines 1 through 3. This is your total income. | **4** 36,096 |

### Step 3: Base Income

| | | |
|---|---|---|
| 5 | Income received from Social Security benefits and certain retirement plans if included in Step 2, Line 1. **Attach federal page 1.** | **5** |
| 6 | Military pay earned if included in Step 2, Line 1. **Attach military W-2.** | **6** |
| 7 | Illinois Income Tax overpayment included in U.S. 1040, Line 10 | **7** 440 |
| 8 | U.S. Treasury bonds, bills, notes, savings bonds, and U.S. agency interest from U.S. 1040, Schedule B, or U.S. 1040A, Schedule 1 | **8** |
| 9 | Other subtractions to your income. **Attach Schedule M.** | **9** |
| | Check if Line 9 includes any amount from Schedule 1299-C | |
| 10 | Add Lines 5 through 9. This is the total of your subtractions. | **10** 440 |
| 11 | Subtract Line 10 from Line 4. This is your Illinois base income. | **11** 35,656 |

### Step 4: Exemptions

See instructions before completing Line 12

| | | | |
|---|---|---|---|
| 12 a | Number of exemptions from your federal return | 5 X $2,000 | **a** 10,000 |
| b | If someone else claims you or could have claimed you or your spouse as a dependent on their return, see instructions to figure the number to write here. | X $2,000 | **b** |
| c | Check if 65 or older: You + Spouse = | X $1,000 | **c** |
| d | Check if legally blind: You + Spouse = | X $1,000 | **d** |
| | Add Lines a through d. This is your total Illinois exemption allowance. | | **12** 10,000 |

### Step 5: Net Income

| | | |
|---|---|---|
| 13 | Residents only: Subtract Line 12 from Line 11. This is your net income. Skip Line 14. | **13** 25,656 |
| 14 | Nonresidents and part-year residents only: | |
| | Check the box that applies to you during 2007    Nonresident    Part-year resident, and write the Illinois base income from Schedule NR. **Attach Schedule NR.** | **14** |

### Step 6: Tax

| | | |
|---|---|---|
| 15 | Residents: Multiply Line 13 by 3% (.03). Write the result here. This is your tax. Nonresidents and part-year residents: Write the tax from Schedule NR. This amount may not be less than zero. | **15** 770 |

IL-1040 page 1 (R-12/07)
IL-492

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center. IL-492-0066

16 Tax amount from Page 1, Step 6, Line 16                               16        779

## Step 7: Payments and Credits

17 Illinois Income Tax withheld. Attach W-2 and 1099 forms.              17      1,022

18 Estimated payments from Forms IL-505-I and IL-1040-ES including
overpayment applied from Line 31 of your 2006 return                    18

19 Income tax paid to another state while an Illinois resident. Attach
Schedule CR and other states' returns.                                  19

20 Illinois Property Tax credit. Complete PT Worksheet in instructions.
PT Worksheet: Line 3 amount                        20a    1,966
PT Worksheet: Line 8 amount                                            20b        98

21 K-12 education expense credit. Complete ED Worksheet in instructions
or Schedule ED. Attach receipt or Schedule ED.
ED Worksheet or Schedule ED, Line 1 amount         21a
ED Worksheet or Schedule ED, Line 10 amount                            21b

22 Earned Income Credit. Complete EIC Worksheet in instructions.
EIC Worksheet Line 1 amount                        22a      781
EIC Worksheet Line 4 amount                                            22b        39

23 Income tax credit amount from Schedule 1299-C. Attach
Schedule 1299-C.                                                        23

24 Add Lines 17, 18, 19, 20b, 21b, 22b and 23. This is your payments and credit totals   24    1,159

## Step 8: Overpayment or Tax Due

25 If Line 24 is greater than Line 16, subtract Line 16 from Line 24. This is your overpayment  25    389
26 If Line 16 is greater than Line 24, subtract Line 24 from Line 16. This is your tax due.     26

## Step 9: Penalty

27 Late-payment penalty for underpayment of estimated tax              27
a Check if you annualized your income on Form IL-2210, Step 6, or if you are
65 or older and permanently living in a nursing home. Attach Form IL-2210.
b Check if at least two-thirds of your federal gross income
is from farming.

## Step 10: Donations  Any donation will reduce your refund or increase the amount you owe

28 Amount you wish to donate to one or more of the following voluntary contribution funds:
Wildlife       a          Breast Cancer   e          Diabetes   i
Child Abuse    b          Multiple Sclerosis  f      Autoimmune  j
Alzheimer's    c          Military Family  g         Lung Cancer  k
Homeless       d          U Veterans Home  h

Add Lines a through k. This is your donations total                     28
29 Add Line 27 and Line 28. This is your penalty and donations total.   29

## Step 11: Refund or Amount You Owe

30 If you have an overpayment on Line 25 and this amount is greater than
Line 29, subtract Line 29 from Line 25                                  30        389
31 Amount from Line 30 that you want applied to 2008 estimated tax      31
32 Subtract Line 31 from Line 30. This is your refund.                  32        389

Direct Deposit ➡ 33 Complete to direct deposit your refund.
Routing number _____   Checking or  Savings
Account number _____

34 If you have tax due on Line 26, add Lines 26 and 29.  or
if you have an overpayment on Line 25 and this amount is less than Line 29,
subtract Line 25 from Line 29. This is the amount you owe.              34

## Step 12: Sign and Date

Under penalties of perjury, I state that I have examined this return, and, to the best of my knowledge, it is true, correct, and complete.

847-490-9422   X                      7/22/08

02-22-2008   773-784-6297   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

If no payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62719-0001

If payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62726-0001

DR    AP    CA  DE  EV  ME  MC  PR  RM  RR  TI  TV  WA  WT  WV  ZZ    ID

Apr 25 08 01:36p    TUNDE ARANSIOLA    (847) 490-9422

P.O. Box 1239
Oaks P-1 19456

Malcolm S. Gerald and Associates, Inc.
332 South Michigan Avenue, Suite 600
Chicago, Illinois 60604
312-922-6500  Fax 312-922-7869
800-265-3796
M-T 8:00AM-8:00PM  Fri. 8:00AM-5:00PM

Att. Deock

02/15/08

File #: 064
M.S.G. #: 485109
TOTAL DUE: $774.84

ELIZABETH ARANSIOLA
ARANSIOLA,ELIZABETH
811 BISHOP CT
SCHAUMBURG IL 60194-2201

A DECISION MUST BE MADE ON THIS ACCOUNT. REQUESTS FOR PAYMENT HAVE BEEN MADE PREVIOUSLY
AND ACCORDING TO OUR RECORDS PAYMENT HAS NOT BEEN RECEIVED. SEND YOUR PAYMENT IN FULL
TODAY TO CLEAR YOUR CREDIT RECORD WITH THIS OFFICE. THIS COMMUNICATION IS FROM A DEBT
COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR
THAT PURPOSE.

| CREDITOR | ACCOUNT # | BALANCE |
|---|---|---|
| ST. ALEXIUS MEDICAL CENTER | F00014720312 | $469.84 |
| ST. ALEXIUS MEDICAL CENTER | F00014108005 | $305.00 |
| | TOTAL DUE: | $774.84 |

See Reverse Side For Important Information
Please tear along the fold and return this portion with your payment.

File #: 064
M.S.G. #: 485109
TOTAL DUE: $774.84

IF PAYING BY VISA OR MASTERCARD, FILL OUT BELOW
VISA    MASTERCARD
CARD NUMBER    EXP. DATE    AMOUNT
SIGNATURE
CARDHOLDER'S NAME

ELIZABETH ARANSIOLA
ARANSIOLA,ELIZABETH
811 BISHOP CT
SCHAUMBURG IL 60194-2201

Malcolm S. Gerald and Associates, Inc.
332 South Michigan Avenue, Suite 600
Chicago, Illinois 60604

GLENKIRK

| 10936 - ELIZABETH M ARANSIOLA | | | 38 | | 04/18/2008 | | 246999-0000 | |
|---|---|---|---|---|---|---|---|---|
| Earning Item | Current Hours | Current Amount | Y-T-D Hours | Y-T-D Amount | Taxes / Deductions | | Current Amount | Y-T-D Amount |
| Vac Paid | 20.00 | 214.00 | 60.00 | 653.20 | Fed W/Tax | | 51.31 | 477.33 |
| retro | | | | 142.17 | FICA SStax | | 53.57 | 459.91 |
| REG RATE/H | 20.75 | 222.03 | 518.00 | 5,767.15 | FICA SSmed | | 12.53 | 114.69 |
| SIC TAKEN | 40.00 | | 56.00 | | IL SWTax | | 24.63 | 207.71 |
| SICK PAID | | 428.00 | | 607.23 | union dued | | 13.34 | 102.97 |
| HO..OTRATE | | | 8.50 | 140.09 | TX SHEL AN | | 43.20 | 363.15 |
| OT RATE/- | | | 35.25 | 592.12 | ADVANCE | | -163.28 | 72.84 |
| Vac Bal | -20.00 | | 20.00 | | | | | |
| SICK BAL | -40.00 | | -40.00 | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| Earnings | | 864.03 | | 7,901.84 | | | | |
| less Taxes | | -142.04 | | 1,229.53 | | | | |
| Less Deductions | | -136.72 | | 538.96 | | | | |
| Net Pay | | 858.71 | | 6,133.35 | | | | |

3504 Commerce Ave
Northbrook, IL 60062
(847) 272-5111

246999-0000

Deposit   ** Eight Hundred Fifty Eight Dollars and 71 Cents **
' ... .. '' .. '' NON-NEGOTIABLE '' '' '' '' NON-NEGOTIABLE '' '' '' ''

| Date | Deposit |
|---|---|
| 04/18/2008 | ************858.71 |

TO    ELIZABETH M ARANSIOLA
811 BISHOP COURT
SCHAUMBURG IL 60194

**NON - NEGOTIABLE**

Amount Dep/Pay Account     Message
====== ======= ==================== ==========================
858.71 Chk Dep 273091699    **This amount has been deposited
directly into your account.**

GLENKIRK

**10936 - ELIZABETH M ARANSIOLA**      38                04/04/2008              246488-0000

| Earning Item | Current Hours | Current Amount | Y-T-D Hours | Y-T-D Amount | Taxes / Deductions | Current Amount | Y-T-D Amount |
|---|---|---|---|---|---|---|---|
| Vac Paid | | | 40.00 | 439.20 | Fed WTax | 71.54 | 983.02 |
| Retro | | | | 142.17 | FICA SStax | 63.62 | 435.34 |
| REG RATE/H | 80.00 | 896.00 | 497.25 | 5,545.12 | FICA SSmed | 14.88 | 102.05 |
| SICK TAKEN | | | 56.00 | | IL SWTax | 29.44 | 183.08 |
| SICK PAID | | | | 175.20 | union dued | 75.34 | 98.63 |
| HOLIDAY RATE | | | 8.50 | 140.00 | TX SHELAN | 44.80 | 373.95 |
| OT RATE/H | 7.75 | 130.20 | 35.25 | 592.12 | ADVANCE | 266.70 | 266.70 |
| Vac Bal | | | 40.00 | | | | |
| SICK BAL | | | | | | | |
| | | | | | | | |
| Earnings | | 1,026.20 | | 7,037.81 | | | |
| Less Taxes | | 179.48 | | 1,067.49 | | | |
| Less Deductions | | 324.24 | | 675.65 | | | |
| Net Pay | | 522.48 | | 5,274.64 | | | |

3504 Commerical Ave
Northbrook, IL 60062
(847) 272-5111

246488-0000

Deposit   ** Five Hundred Twenty Two Dollars and 48 Cents **
** ** ** ** ** NON-NEGOTIABLE ** ** ** ** ** NON-NEGOTIABLE ** ** ** ** **

| Date | Deposit |
|---|---|
| 04/04/2008 | ** ** ** ** ** ** ** ** 522.48 |

TO      ELIZABETH M ARANSIOLA
        811 BISHOP COURT
        SCHAUMBURG IL 60194

**NON - NEGOTIABLE**

Amount Dep/Pay Account      Message
====== ======= ===========================================
522.48 Chk Dep 2735516997      **This amount has been deposited
                                directly into your account.**

Apr 28 08 01:29p    TUNDE ARANSIOLA    (847) 490-9423

GLENKIRK

| Earning Item | Current Hours | Current Amount | Y-T-D Hours | Y-T-D Amount | Taxes / Deductions | Current Amount | Y-T-D Amount |
|---|---|---|---|---|---|---|---|
| Vac Paid | | | 40.00 | 439.23 | Fed W-Tax | 77.96 | 224.20 |
| Retro | | | | | FICA SStax | 66.41 | 309.62 |
| REG RATE/H | 75.25 | 842.80 | 337.25 | 142.17 | FICA SSmed | 15.53 | 72.41 |
| SIC TAKEN | 8.00 | | -6.00 | 3,793.12 | IL SWTax | 30.76 | 124.45 |
| SICK PAID | | 89.60 | | | union dues | 13.34 | 62.96 |
| HOL OTRATE | | | 6.50 | 179.20 | TX SHEL AN | 46.62 | 230.35 |
| OT RATE/H | 8.25 | 138.60 | 20.25 | 140.00 | | | |
| Vac Bal | | | 40.00 | 340.12 | | | |
| SICK BAL | -8.00 | | | | | | |

10936 - ELIZABETH M ARANSIOLA    38    03/07/2008    245701-0000

| Earnings | 1,071.00 | | 4,993.81 |
|---|---|---|---|
| Less Taxes | 190.65 | | 730.68 |
| Less Deductions | 59.96 | | 293.30 |
| Net Pay | 820.39 | | 3,969.83 |

3504 Commerical Ave
Northbrook, IL 60062
(347) 272-5111

245701-0000

Deposit    ** Eight Hundred Twenty Dollars and 39 Cents **

*** ** ** ** ** NON-NEGOTIABLE ** ** ** *** NON-NEGOTIABLE ** ** ** ***

| Date | Deposit |
|---|---|
| 03/07/2008 | ***********820.39 |

TO    ELIZABETH M ARANSIOLA
811 BISHOP COURT
SCHAUMBURG IL 60194

NON - NEGOTIABLE

Amount Dep/Pay Account    Message
======= =======  ===================================================
820.39 Chk Dep 2875155071    This amount has been deposited
directly into your account.

## United States Bankruptcy Court
### Northern District of Illinois

**IN RE:**                                       Case No. _____

**Aransiola, Elizabeth M**                                  Chapter **7**
               Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **676.00**

   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **351.00**

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **325.00**

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **Litigation/Adversary Proceedings**
   **Motions to Redeem $400.00**
   **Credit Education Fees**

© 1993-2008 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____ **August 15, 2008**          **/s/ Derek Lofland** _____
         Date                                            Signature of Attorney

                                               **Gleason & Gleason**
                                               Name of Law Firm

Certificate Number: __00437-ILN-CC-004084271__

# CERTIFICATE OF COUNSELING

I CERTIFY that on __May 27, 2008_____, at __9:30_____ o'clock __AM MDT_____,

__Elizabeth Aransiola_____ received from

__Black Hills Children's Ranch, Inc._____,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

__Northern District of Illinois_____, an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan __was not prepared____. If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted __by internet and telephone_____.

Date: __May 27, 2008_____    By    __/s/Rhonda Bossman_____

                                    Name  __Rhonda Bossman_____

                                    Title  __Credit Counselor_____

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

United States Bankruptcy Court
Northern District of Illinois

IN RE:                                                     Case No. _____

Aransiola, Elizabeth M _____          Chapter **7** _____
                    Debtor(s)

**DECLARATION REGARDING ELECTRONIC FILING**
Signed by Debtor(s) or Corporate Representative
**To Be Used When Filing over the Internet**

PART I - DECLARATION OF PETITIONER                    Date: June, 31st 2008
A. To be completed in all cases.

I (We) **Elizabeth M Aransiola** _____ and _____, the undersigned debtor(s), corporate officer, partner, or member, hereby declare under penalty of perjury that the information I(we) have given my (our)attorney, including correct social security number(s) and the information provided in the electronically filed petition, statements, schedules, and if applicable, application to pay filing fee in installments, is true and correct. I(we) consent to my(our) attorney sending the petition, statements, schedules, and this DECLARATION to the United States Bankruptcy Court. I(we) understand that this DECLARATION must be filed with the Clerk in addition to the petition. I(we) understand that failure to file this DECLARATION will cause this case to be dismissed pursuant to 11 U.S.C. sections 707(a) and 105.

B. To be checked and applicable only if the petitioner is an individual (or individuals) whose debts are primarily consumer debts and who has (or have) chosen to file under chapter 7.

☑ I(we) am(are) aware that I(we) may proceed under chapter 7, 11, 12, or 13 of Title 11 United States Code; I(we) understand the relief available under each such chapter; I(we) choose to proceed under chapter 7; and I(we) request relief in accordance with chapter 7.

C. To be checked and applicable only if the petition is a corporation, partnership, or limited liability entity.

☐ I declare under penalty of perjury that the information provided in this petition is true and correct and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Signature: _Aransiola_         Signature: _____
(Debtor or Corporate Officer, Partner or Member)              (Joint Debtor)